```
Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LGCY POWER, LLC; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 3:21-cv-04083-EMC<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice. Each party shall bear their own costs and attorney fees.

Respectfully submitted this 22nd Day of December, 2021,

By: s/Todd Friedman
Todd Friedman, Esq.
Attorney for Plaintiff

By: s/ Lisa L Garcia
Lisa L Garcia ESQ.
Attorney for Defendant

Stipulation to Dismiss- 1

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: December 22, 2021   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  s/ Todd Friedman
Todd Friedman, Esq.
Attorney for Plaintiff

Filed electronically on this 22nd Day of December, 2021, with:

Notification sent electronically via the Court's ECF system to:

Judge Edward M. Chen
Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 22nd Day of December, 2021.
<u>s/Todd Friedman</u>
Todd Friedman