**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LGCY POWER, LLC; and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 3:21-cv-04083-EMC <br><br> [~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __7th__ day of ~~December, 2021.~~ January, 2022

_____
The Honorable Edward M. Chen